| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCSBN 9990)<br>United States Attorney |
| 2 | JAY R. WEILL (CSBN 75434)<br>Assistant United States Attorney |
| 3 | Chief, Tax Division<br> 9th Floor Federal Building |
| 4 |  450 Golden Gate Avenue, Box 36055<br> San Francisco, California 94102 |
| 5 |  Telephone: (415) 436-7017 |
| 6 | Attorneys for the United States of America |

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ESTATE OF EDWARD R. BREILH - SHERRY A. BREILH, EXECUTOR | ) ) ) | |
| Petitioner, | ) ) | No. C-06-07956-JSW |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | AMENDED STIPULATION AND ORDER |
| Respondent. | ) ) | |

This is an action to quash IRS Summonses served on Sherry A. Breilh, Executor of the Estate of Edward R. Breilh and CPA David M. Strother. The government has moved to dismiss the Petition and enforce the Summonses. The petitioner agrees that the Petition to Quash shall be dismissed and the Summonses ordered enforced under the following terms and conditions.

1.  The parties will agree that the testimony of Sherry Breilh and David Strother shall be taken at a mutually agreeable time and place within the next 90 days. If the parties cannot agree on a date, then the Court upon request of either party shall set dates.

2.  The United States agrees that the documents to be produced by David Strother shall be limited to records and information from the period beginning on the date David Strother began working for Edward Breilh to 18 months after his death.

3.  The Estate has no obligation to produce documents previously provided to the IRS.

///

1    4.   The United States agrees to provide Sherry Breilh prior to the taking of her
2 testimony with a general description of the areas of inquiry of the questions to be asked.

3                                          Randick O'Dea & Tooliatos, LLP

6                                          /s/ Kimberly Kerry
                                           Kimberly Kerry
                                           Attorney for Petitioner

9                                          SCOTT N. SCHOOLS
                                           United States Attorney

11                                         /s/ Jay R. Weill
                                           JAY R. WEILL
                                           Assistant United States Attorney
12                                         Chief, Tax Division

### ORDER

Pursuant to the above Stipulation of the parties, the Petition To Quash is dismissed and the Summonses issued to Sherry A. Breilh and David Strother enforced unders the terms and conditions as set forth above in the Stipulation.

DATED: May 3, 2007

_____
UNITED STATES DISTRICT JUDGE

Amended Stipulation & Order
(No. C-06-07956-JSW)                              2